IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CV-00128-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| $10,421.00 IN U. S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the United States, for good cause shown, and for the reasons and facts stated in the motion to seal and its supporting memorandum, it is hereby ORDERED that the Government's memorandum in support of its motion to seal [DE-40], as well as the Government's motion to stay [DE-39] and its Exhibit A — Declaration of Special Agent Matthew Futch [DE-39-1], shall be sealed by the Clerk until further order of the Court. For the same reasons, it is further ORDERED that the Government's memorandum in support of its motion to seal [DE-40], as well as the Government's motion to stay [DE-39] and its Exhibit A — Declaration of Special Agent Matthew Futch [DE-39-1], shall be filed *ex parte*.

SO ORDERED, this __15__ day of March 2022.

TERRENCE W. BOYLE
United States District Judge